UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILYA CHIRINKINA,<br>Petitioner,<br>v.<br>DAVID W. JENNINGS, et al.,<br>Respondents. | Case No. 18-cv-05980-JCS (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 10 |

This federal habeas action will be dismissed as moot because petitioner has obtained the relief she sought. In her petition under 28 U.S.C. § 2241, she objected to being held by Immigration and Customs Enforcement (ICE) without a bond hearing. (Pet., Dkt. No. 1 at 1-2.) Petitioner asked for release on bond or for ICE to hold a bond hearing. (*Id.* at 2.)

Petitioner was granted parole "on the condition of a bond" on October 30, 2018. (Respondent's Mot. to Dismiss, Dkt. No. 10 at 2.) She since has posted bond and is no longer being held by ICE. (*Id.*)

Because there is now no relief the Court can grant, the petition is DISMISSED as moot. The order to show cause is DISCHARGED.

All parties consented to magistrate judge jurisdiction. (Dkt. Nos. 5 and 9.)

The Clerk shall terminate all pending motions, enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED.**

**Dated:** December 17, 2018

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILYA CHIRINKINA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID W. JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-05980-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on December 17, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lilya Chirinkina ID: A Number: 75729501
Mesa Verde Detention Facility
425 Golden State Avenue
Bakersfield, CA 93301

Dated: December 17, 2018

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____*Karen L. Hom*_____
　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO